UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 OCT 13 A 9:11

CLERK_____
SO. DIST. OF GA

| | |
|---|---|
| PAMELA SWAIN | ) |
| Plaintiff, | ) |
| v. | ) CV620-82 |
| HARVEY WEINSTEIN; THE WEINSTEIN COMPANY; ANTHONY ROBBINS; ALAN DERSHOWITZ | ) |
| Defendants. | ) |

## AMENDED COMPLAINT; ARBITRATION

Pamela Swain, *pro se* and *in forma pauperis*, is amending the original complaint to drop any request for criminal prosecution towards Harvey Weinstein and Tony Robbins as per judge request that only federal prosecutors are able to bring criminal charges on cyber and internet criminals. The Plaintiff DOES HAVE SPECIFIC evidence to prove that, in fact, Harvey Weinstein and Tony Robbins, actively used these illegal devices to stalk, harass, and cyberbully her for six years.

The Plaintiff Swain, pro se, wishes to remind the court that in the September 2017 (well within the statute of limitations) that the person who identified himself at Tony Robbins issued threats that involved naming a US SENATOR Steve Cohen, and GEORGIA STATE REPRESENTATIVE Allan Peake, and others.

The Plaintiff wishes to continue the complaint with the following outline of events that occurred since November 2013 again for this purpose:

## HARASSMENT TIMELINE

This all began November 2013. A man by the name of Dean Green (with Gerard Butler's picture) on Facebook reached out to chat with me on the social media site. "I did not have any real friendship or real relationship with Mr. Butler at the time. We chatted a few weeks, then the person stopped chatting. I thought it was over and done until February 2014 when all email addresses were hacked into by Ukrainians." (Previous timeline removed for brevity).

Previous details are recorded in previous briefs.

## NEW OCCURANCES OF HARASSMENT

The Plaintiff works at a public school and harassers from Harvey Weinstein made a statement that they had "taken pictures of her" while she was at work supervising minors. This is an illegal and criminal violation of minors and the Plaintiff's privacy.

And no POLITICAL person holding office shall not sway the judge or jury for or against a Plaintiff or Defendant unless they wish to be WITNESSES in the case. The thread created on Kiwi Farms concerning the Plaintiff exhibits the existence of long-

3

term stalking and the website refuses to remove a thread where the Plaintiff's personal information online. This site has been sent notification to remove said "thread" but refuses to comply to Federal law. The "posters" against the plaintiff frequently post on the Plaintiff's life boasting of taking no consensual personal pictures and armchair guessing the Plaintiff's mental health. This violates this Federal Statute,

> United States
>
> History, current legislation
> Cyberstalking is a criminal offense under American anti-stalking, slander, and harassment laws.
> A conviction can result in a restraining order, probation, or criminal penalties against the assailant, including jail.[citation needed] Cyberstalking specifically has been addressed in recent U.S. federal law. For example, the Violence Against Women Act, passed in 2000, made cyberstalking a part of the federal interstate stalking statute.[31] The current US Federal Anti-Cyber-Stalking law is found at 47U.S.C. § 223. (Retrieved on 01/19/2020 from Wikipedia.com)

If it pleases the court to continue holding the defendant, Weinstein and the others listed monetarily accountable from this day forward. The defendants repeatedly violate laws of cyberbullying, harassment, defamation, and privacy. The plaintiff seeks 25 million between the three of these defendants for loss of wages (per current employer); harassment of a Federal employee; and sexual harassment over a period of six years; threats of physical violence over a period of six years; violation of medical and privacy laws over a period of six years; and continuance of repeated attempts at bank fraud over a period of six years.

The three defendants, Harvey Weinstein, Anthony Robbins, and Alan Dershowitz

4

has continued their harassment up until September of 2020 when the defendant Robbins sent unwanted nude pics of his body part to the plaintiff while the plaintiff worked as a Federal employee for the Census Bureau. Evidence is available for these occurrences.

So amended this day of October 6, 2020.

*Pamela Swain* (signature)

Pamela Swain, Plaintiff Pro se
1553 Community Rd, Glennville, GA 30427
Pamela_swain@yahoo.com



FROM: Pamela D Swain
1553 Community Rd
Glennville GA, 30427

TO:
US Federal District Court
Augusta Division
600 James Brown Blvd
Augusta, GA, 30901

