1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2020 NOV -3  A 9: 41
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| PAMELA SWAIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | CV620-82 |
| v. ) | |
| ) | |
| HARVEY WEINSTEIN; THE ) | |
| WEINSTEIN COMPANY; ) | |
| ANTHONY ROBBINS; ) | |
| ) | |
| ) | |
| Defendants. ) | |

## AMENDED COMPLAINT; JURY TRIAL REQUESTED

Pamela Swain, *pro se* and *in forma pauperis*, is amending the original complaint to drop any request for criminal prosecution towards Harvey Weinstein and Tony Robbins as per judge request that only federal prosecutors are able to bring criminal charges on cyber and internet criminals. The Plaintiff DOES HAVE SPECIFIC evidence to prove that, in fact, Harvey Weinstein and Tony Robbins, actively used these illegal devices to stalk, harass, and cyberbully her for six years.

The Plaintiff Swain, pro se, wishes to remind the court that in the September 2017 (well within the statute of limitations) that the person who identified himself at Tony Robbins issued threats that involved naming a US SENATOR Steve Cohen, and GEORGIA STATE REPRESENTATIVE Allan Peake, and others.

The Plaintiff wishes to continue the complaint with the following outline of events that occurred since November 2013 again for this purpose:

## HARASSMENT TIMELINE

This all began November 2013. A man by the name of Dean Green (with Gerard Butler's picture) on Facebook reached out to chat with me on the social media site. "I did not have any real friendship or real relationship with Mr. Butler at the time. We chatted a few weeks, then the person stopped chatting. I thought it was over and done until February 2014 when all email addresses were hacked into by Ukrainians." (Previous timeline removed for brevity).

Previous details are recorded in previous briefs.

## NEW OCCURANCES OF HARASSMENT

The Plaintiff works at a public school and harassers from Harvey Weinstein made a statement that they had "taken pictures of her" while she was at work supervising minors. This is an illegal and criminal violation of minors and the Plaintiff's privacy.

And no POLITICAL person holding office shall not sway the judge or jury for or against a Plaintiff or Defendant unless they wish to be WITNESSES in the case. The

thread created on Kiwi Farms concerning the Plaintiff exhibits the existence of long-term stalking and the website refuses to remove a thread where the Plaintiff's personal information online. This site has been sent notification to remove said "thread" but refuses to comply to Federal law. The "posters" against the plaintiff frequently post on the Plaintiff's life boasting of taking no consensual personal pictures and armchair guessing the Plaintiff's mental health. This violates this Federal Statute,

> United States
>
> History, current legislation
> Cyberstalking is a <u>criminal offense</u> under American anti-stalking, <u>slander</u>, and <u>harassment</u> laws.
> A conviction can result in a <u>restraining order, probation</u>, or criminal penalties against the assailant, including jail.<sup>[citation needed]</sup> Cyberstalking specifically has been addressed in recent U.S. federal law. For example, the <u>Violence Against Women Act</u>, passed in 2000, made cyberstalking a part of the federal interstate stalking statute.<sup>[31]</sup> The current US Federal Anti-Cyber-Stalking law is found at <u>47U.S.C. § 223</u>. (Retrieved on 01/19/2020 from Wikipedia.com)

## RECENT DISCOVERIES

The plaintiff has discovered that the defendant Tony Robbins has been engaging in social media stalking of the plaintiff. He has used his influence to contact this list of companies to violate the plaintiff's accounts.

> Straight Talk Wireless
> Tracfone Wireless
> Facebook.com
> Instagram.com (Sent nude pics and a forced masturbation video September 2020)
> Twitter.com
> Samsung mobile devices
> Windstream

The plaintiff has also discovered by contacting one of these companies that the defendant frequently calls or contacts these companies with unlawful requests like on October 16, 2020, requested that the plaintiff's phone data be shut off from 7:30 am to 12:00 pm. After the plaintiff called the company, they said the place of location cut off the phone data (impossible) and when questioned if the defendant contacted the company to shut down the plaintiff's data, the customer service representative, refusing to yes but also to say no from perjuring himself, implied that the defendant indeed does regularly contact his company with unlawful requests of control over the plaintiff's data. He also contacted the plaintiff's work and a person, Angela Snyder, to monitor the plaintiff's whereabouts for the defendant. The defendant continues to show unhealthy mental unwanted obsessive behavior and has a history of threatening harm and kidnapping to the plaintiff.

As of yesterday (10/28/2020) and this week, Harvey Weinstein and his lawyer have contacted the plaintiff demanding money from her and has contacted her place of work to have her fired. The judge Christopher Ray continues to advocate a one sided unfair judgement against the plaintiff and fails to allow her to present her case in court. In so doing, he is allowing a prisoner to continue his sexual harassment from prison. It is the plaintiff's wish to have Judge Christopher Ray be removed from this case. His judgement of "having a magistrate judge decide" does not allow the plaintiff to provide her side of the case and advocate for herself as against federal law for pro se.

The plaintiff wishes to continue to trial and be compensated for 6 years of sexual

5

harassment, death threats, and active involvement in the plaintiff's ability to continue in gainful employment. The plaintiff requests 25 million in restitution from lack of wages, emotional and physical suffering brought on by the defendants.

So amended this day of October 28, 2020.

*Pamela D Swain*

Pamela Swain, Plaintiff Pro se
1553 Community Rd, Glennville, GA 30427
Pamela_swain@yahoo.com

FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE.

Retail

US POSTAGE PAID
$7.75
Origin: 30427
10/28/20
1236190496-05

PRIORITY MAIL 2-DAY®

0 Lb 2.30 Oz
1006

EXPECTED DELIVERY DAY: 10/31/20

C065

600 JAMES BROWN BLVD
Augusta GA 30901-2332

USPS TRACKING® NUMBER



9505 5122 5926 0302 2157 61



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

PRIORITY® MAIL

Insurance (restrictions apply).*
International destinations.
Customs form is required.
Claims exclusions see the
liability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

FROM:
Pamela D Swain
1553 Community Rd
Glennville GA, 30427

TO:
US Federal District Court
Southern District of Georgia
600 James Brown Rd
Augusta, GA 30901