IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

PAMELA SWAIN )
)
) CV620-82
)
vs. )
)
)
HARVEY WEINSTEIN; THE WEINSTEIN )
COMPANY; ANTHONY ROBBINS; ALAN )
DERSHOWITZ; HILLARY CLINTON; )
CENTRAL INTELLIGENCE AGENCY: )
DONALD TRUMP JR.; SAMSUNG; )
STRAIGHT TALK; TWITTER. )

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2021 FEB 11 A 9:39
CLERK
SO. DIST. GA.

## AMENDED COMPLAINT

Throughout the past 6 years, this defendants has weaponized everything against the plaintiff, Pamela Swain as a means of punishment from criminal convict, Harvey Weinstein, who has used his monetary resources to harass and coerce the defendant into a forced sexual relationship. After Judge Christopher Ray dismissed the last complaint, the defendant contacted the plaintiff with assertions to rape the plaintiff who as of August 1st, 2020, is a federal employee.

## UPDATE OF HARASSMENT

Just recently, the plaintiff has traced two separate events of hacking in the last year, April 2020, to CIA internet malfeasance used by Hillary Clinton for the defendant Harvey Weinstein. The new defendant, Hillary Clinton, is actively helping convicted criminal, Weinstein, in tracking down the women he has harassed and have accused and slandered to keep those women unemployable. The plaintiff seeks the court to add Clinton to the defendants and ensure she has no influence over government resources for personal use AGAINST OTHER AMERICANS TO

CONDUCT CRIMINAL HARASSMENT AND STALKING. The plaintiff seeks damages and wishes to add the Central Intelligence Agency.

The plaintiff received notice that South Georgia bank located in Glennville, GA, the plaintiff's home town, on October 22, 2020, was hacked and personal information taken.

Federal laws broken:

## Interstate Stalking

In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A).

Georgia law codes in use or violated:

2015 Georgia Code
Title 16 - CRIMES AND OFFENSES
Chapter 11 - OFFENSES AGAINST PUBLIC ORDER AND SAFETY
Article 2 - OFFENSES AGAINST PUBLIC ORDER
§ 16-11-39.1 - Harassing communications.

2010 Georgia Code
TITLE 16 - CRIMES AND OFFENSES
CHAPTER 5 - CRIMES AGAINST THE PERSON
ARTICLE 7 - STALKING
§ 16-5-91 - Aggravated stalking

O.C.G.A. 16-14-9 (2010)
16-14-9. Civil remedies as supplemental and not mutually exclusive

O.C.G.A. 16-6-23 (2010)
16-6-23. Publication of name or identity of female raped or assaulted with intent to commit rape

(a) It shall be unlawful for any news media or any other person to print and publish, broadcast, televise, or disseminate through any other medium of public dissemination or cause to be printed

and published, broadcast, televised, or disseminated in any newspaper, magazine, periodical, or other publication published in this state or through any radio or television broadcast originating in the state the name or identity of any female who may have been raped or upon whom an assault with intent to commit the offense of rape may have been made.

## UPDATE ON HARASSMENT

The following actions continue to occur. Harassment on a hate thread on Kiwifarms. The following people have mentioned that they have illegal influence over the judges and the Justice department over this case, Hillary Clinton, Alan Dershowitz, Tony Robbins, and Donald Trump Jr. The plaintiff wishes a gag order be placed on all defendants concerning this civil suit to not contact the plaintiff in any way, shape, or form. Also, the plaintiff was referred to a position with the Department of Education as a Education Research Scientist/Analyst (AD1730-00) to which she is qualified and has been referred, but it appears the defendant Clinton who incessantly harasses the plaintiff has undermined the plaintiff's ability to secure a job position.

The plaintiff seeks to have Clinton, Dershowitz, Robbins, Weinstein, and Trump Jr., convicted of lawless harassment of an American citizen and restricted of any political influence for the duration of their lives.

The companies, Straight Talk, Samsung, and Twitter need to be sanctioned for their compliance to abuse the plaintiff for these criminals.

The plaintiff seeks monetary damages from these people in the amount of 2 million each from Clinton, Dershowitz, Robbins, Weinstein/The Weinstein Company, and Trump Jr, to ensure these defendents never do this again.

*Pamela D Swain*

Pamela Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com



**UNITED STATES POSTAL SERVICE**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

- Expected
- Most do
- USPS Tra
- Limited i
- When use

Insurance doe
Domestic Mail
** See Internati

FLAT ONE RATE

TRACK

Retail

US POSTAGE PAID
$7.95
Origin: 30427
02/02/21
1236190496-05

PRIORITY MAIL 2-DAY®

0 Lb 1.90 Oz
1006

EXPECTED DELIVERY DAY: 02/05/21

C065

SHIP TO:
600 JAMES BROWN BLVD
Augusta GA 30901-2332

USPS TRACKING® NUMBER



9505 5122 5926 1033 2348 61



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

FROM:
Pamela D Swa
1553 Community
Glennville GA

TO:
US District Cour
600 James Brow
Augusta GA 309