IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 FEB 11 A 9:39

CLERK_____
SO. D___. __ GA.

PAMELA SWAIN                                ) CV620-82
                                            )
vs.                                         )
                                            )
HARVEY WEINSTEIN; THE WEINSTEIN             )
COMPANY; ANTHONY ROBBINS; ALAN              )
DERSHOWITZ; CLIFF CONLEY;                   )
RENEA WASSON; TONY JORDAN;                  )
ANGELA SNYDER; EVANS COUNTY                 )
SCHOOLS; HILLARY CLINTON;                   )
CENTRAL INTELLIGENCE AGENCY                 )

## AMENDED COMPLAINT

Throughout the past 6 years, this defendants has weaponized everything against the plaintiff, Pamela Swain as a means of punishment from criminal convict, Harvey Weinstein, who has used his monetary resources to harass and coerce the defendant into a forced sexual relationship. After Judge Christopher Ray dismissed the last complaint, the defendant contacted the plaintiff with assertions to rape the plaintiff who as of August 1st, 2020, is a federal employee.

## UPDATE OF HARASSMENT

Just recently, the plaintiff has traced two separate events of hacking in the last year, April 2020, to CIA internet malfeasance used by Hillary Clinton for the defendant Harvey Weinstein. The new defendant, Hillary Clinton, is actively helping convicted criminal, Weinstein, in tracking down the women he has harassed and have accused and slandered to keep those women unemployable. The plaintiff seeks the court to add Clinton to the defendants and ensure she has

no influence over government resources for personal use AGAINST OTHER AMERICANS TO CONDUCT CRIMINAL HARASSMENT AND STALKING. The plaintiff seeks damages and wishes to add the Central Intelligence Agency.

The plaintiff received notice that South Georgia bank located in Glennville, GA, the plaintiff's home town, on October 22, 2020, was hacked and personal information taken.

FURTHER DEVELOPMENTS

The plaintiff continues to suffer at the hands of the defendant, Tony Robbins. He has shown clear mental failure and an obsessive breakdown over the plaintiff. He has contacted the Georgia Department of Labor to keep them from giving the plaintiff her unemployment money. He continues to hack into the plaintiff's personal emails.

Also, Donald Trump Jr sent text messages demanding the plaintiff let he and his father handle the complaint and give Donald Trump the credit. Donald Trump is the former 45th president of the United States. Both defendants have stated they have personal influence over Judge Christopher Ray. The plaintiff has discovered that the defendant, Tony Robbins controls KiwiFarms and all the communication from hacking, stalking, and national security issues are directly from his influence and direction.

Federal laws broken:

## Interstate Stalking

In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A).

Georgia law codes in use or violated:

2015 Georgia Code
Title 16 - CRIMES AND OFFENSES
Chapter 11 - OFFENSES AGAINST PUBLIC ORDER AND SAFETY
Article 2 - OFFENSES AGAINST PUBLIC ORDER
§ 16-11-39.1 - Harassing communications.

2010 Georgia Code
TITLE 16 - CRIMES AND OFFENSES
CHAPTER 5 - CRIMES AGAINST THE PERSON
ARTICLE 7 - STALKING
§ 16-5-91 - Aggravated stalking

O.C.G.A. 16-14-9 (2010)
16-14-9. Civil remedies as supplemental and not mutually exclusive

O.C.G.A. 16-6-23 (2010)
16-6-23. Publication of name or identity of female raped or assaulted with intent to commit rape

(a) It shall be unlawful for any news media or any other person to print and publish, broadcast, televise, or disseminate through any other medium of public dissemination or cause to be printed and published, broadcast, televised, or disseminated in any newspaper, magazine, periodical, or other publication published in this state or through any radio or television broadcast originating in the state the name or identity of any female who may have been raped or upon whom an assault with intent to commit the offense of rape may have been made.

The plaintiff removes Renea Wasson, Cliff Conley, Angela Snyder, Evans County Schools, and Tony Jordan since the plaintiff is seeking new employment elsewhere. The plaintiff wishes criminal charges against defendants Tony Robbins and Donald Trump Jr.

Pamela Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com

FROM:
Pamela D Swain
1553 Community Rd
Glennville GA 30427

TO:
US Federal District Court
600 James Brown Blvd
Augusta, GA 30901

**UNITED STATES POSTAL SERVICE**
Retail
US POSTAGE PAID
$7.95
Origin: 30427
02/09/21
1236190496-07

PRIORITY MAIL 2-DAY®
0 Lb 2.20 Oz
1006

EXPECTED DELIVERY DAY: 02/12/21
C065

SHIP TO:
600 JAMES BROWN BLVD
Augusta GA 30901-2332

USPS TRACKING® NUMBER
9505 5122 5927 1040 1716 22

PS00001000014   EP14F May 2020   OD: 12 1/2 x 9 1/2   USPS.COM/PICKUP