IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

PAMELA SWAIN ) CV620-82
)
vs. )
)
HARVEY WEINSTEIN; THE WEINSTEIN )
COMPANY; ANTHONY ROBBINS; ALAN )
DERSHOWITZ; HILLARY CLINTON; )
CENTRAL INTELLIGENCE AGENCY: )
DONALD TRUMP JR.; SAMSUNG; )
STRAIGHT TALK; TWITTER. )

## AMENDED COMPLAINT

Throughout the past 6 years, these defendants have weaponized everything against the plaintiff, Pamela Swain as a means of punishment from criminal convict, Harvey Weinstein, who has used his monetary resources to harass and coerce the defendant into a forced sexual relationship. After Judge Christopher Ray dismissed the last complaint, the defendant contacted the plaintiff with assertions to rape the plaintiff who as of August 1st, 2020 to September 2020, was a federal employee.

## UPDATE OF HARASSMENT

Just recently, the plaintiff has traced two separate events of hacking in the last year, April 2020, to CIA internet malfeasance used by Hillary Clinton for the defendant Harvey Weinstein. The new defendant, Hillary Clinton, is actively helping convicted criminal, Weinstein, in tracking down the women he has harassed and have accused and slandered to keep those women unemployable. The plaintiff seeks the court to add Clinton to the defendants and ensure she has

no influence over government resources for personal use AGAINST OTHER AMERICANS TO CONDUCT CRIMINAL HARASSMENT AND STALKING. The plaintiff seeks damages and wishes to add the Central Intelligence Agency.

The plaintiff received notice that South Georgia bank located in Glennville, GA, the plaintiff's home town, on October 22, 2020, was hacked and personal information taken.

Federal laws broken:

## Interstate Stalking

In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A).

Georgia law codes in use or violated:

2015 Georgia Code
Title 16 - CRIMES AND OFFENSES
Chapter 11 - OFFENSES AGAINST PUBLIC ORDER AND SAFETY
Article 2 - OFFENSES AGAINST PUBLIC ORDER
§ 16-11-39.1 - Harassing communications.

2010 Georgia Code
TITLE 16 - CRIMES AND OFFENSES
CHAPTER 5 - CRIMES AGAINST THE PERSON
ARTICLE 7 - STALKING
§ 16-5-91 - Aggravated stalking


O.C.G.A. 16-14-9 (2010)
16-14-9. Civil remedies as supplemental and not mutually exclusive


O.C.G.A. 16-6-23 (2010)
16-6-23. Publication of name or identity of female raped or assaulted with intent to commit rape

(a) It shall be unlawful for any news media or any other person to print and publish, broadcast, televise, or disseminate through any other medium of public dissemination or cause to be printed and published, broadcast, televised, or disseminated in any newspaper, magazine, periodical, or other publication published in this state or through any radio or television broadcast originating in the state the name or identity of any female who may have been raped or upon whom an assault with intent to commit the offense of rape may have been made.

## UPDATE ON HARASSMENT

The following actions continue to occur. Harassment on a hate thread on Kiwifarms. The following people have mentioned that they have illegal influence over the judges and the Justice department over this case, Hillary Clinton, Alan Dershowitz, Tony Robbins, and Donald Trump Jr. The plaintiff wishes a gag order be placed on all defendants concerning this civil suit to not contact the plaintiff in any way, shape, or form. Also, the plaintiff was referred to a position with the Department of Education as a Education Research Scientist/Analyst (AD1730-00) to which she is qualified and has been referred, but it appears the defendant Clinton who incessantly harasses the plaintiff has undermined the plaintiff's ability to secure a job position.

The plaintiff seeks to have Clinton, Dershowitz, Robbins, Weinstein, and Trump Jr., convicted of lawless harassment of an American citizen and restricted of any political influence for the duration of their lives.

The companies, Straight Talk, Samsung, and Twitter need to be sanctioned for their compliance to abuse the plaintiff for these criminals.

The plaintiff seeks monetary damages from these people in the amount of 2 million each from Clinton, Dershowitz, Robbins, Weinstein/The Weinstein Company, and Trump Jr, to ensure these defendants never do this again.

## LEGAL PRECEDENCE

The plaintiff is petitioning the US District Court for possible criminal actions against the aforementioned defendants. These defendants have used their political power, celebrity notoriety, and monetary resources to distort the legal process to explicitly commit, stalking, harassment, and demand the plaintiff engage in sexual and demeaning acts. The defendants have conducted themselves as above the Federal laws. They have contacted law enforcement officials, state and federal judges, and personal family members of what they call, "targets". They continue to make outrageous illegal communication without impunity stating its their "Free Speech Rights". When the US courts have already decided that in United States vs Hobgood, (2017), United States vs Ackell, (2017), United States vs Moreland, (2016), and United States vs Osinger, (2014) that harassment and threatening content were not protected under free speech when used to make threatening and criminal comments. Therefore the plaintiff is within her rights to demand that the Kiwi Farms hate thread made on her is a vehicle that these criminals use to make criminal threats and harassment and should be taken down permanently by the sites administrator.

This premise is widely used throughout the Trump administration's conduct and excuse to uphold their rights to cause direct and indirect acts of violence on individuals and groups including Congressional members who were attacked January 6, 2021. The defendant, Donald Trump Jr. is also connected to this event conducting himself in a way that uses free speech to incite violence, harassment, and retaliation.

The interstate stalking has been upheld in United States vs Humphries (2013) and United States vs Sayer (2014), where both similar cases to the plaintiff's case, the judges agreed that the basic claim for interstate stalking had been provided and the criminals were charged accordingly.

However, the one disturbing issue that arises is the evidence of wealthy, political, and government officials committing crimes down to petty harassment all the way to government insurrection and then trying to procure their ability to continue said crimes without legal repercussions by corrupting judges, judicial law, and the court system by means of personal contact, swaying, monetary means, political party affiliations and popularity. This is an unfortunate new development that has occurred with the defendants, Clinton, Dershowitz, Weinstein, Robbins, and Trump Jr. The United States legal system will have to break ground on new precedents that will have to address such illegal and corrupt behavior from wealthy, political savvy, and popular defendants. For thus, the balance of fairness and power in the US judicial court system would be forever damaged.

*Pamela D Swain*

Pamela Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com



FROM: Pamela P Swain
1553 Community Rd
Glennville GA 30427

TO:
US District Court
Southern District of Georgia
600 James Brown Blvd
Augusta, GA, 30901