UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| PAMELA D SWAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV620-082 |
| | ) | |
| HARVEY WEINSTEIN, THE FORMER WEINSTEIN COMPANY, ANTHONY ROBBINS, ALAN DERSHOWITZ, KIWIFARMS SOCIAL MEDIA SITE, HILLARY CLINTON, CENTRAL INTELLIGENCE AGENCY, DONALD TRUMP JR., SAMSUNG, STRAIGHT TALK, TWITTER, CLIFF CONLEY, RENEA WASSON, TONY JORDAN, ANGELA SNYDER, and EVANS COUNTY SCHOOLS, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 8, to which no objections have been filed.[1] Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED** with prejudice.

---

[1] Following the Magistrate Judge's Report and Recommendation, plaintiff filed four amendments to her complaint. Doc. 9–12. These amendments do not appear to respond to the deficiencies identified in the R&R.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of February, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA