IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

)
)
PAMELA SWAIN                                    )        CV620-82
)
)
vs.                                            )
)
)
HARVEY WEINSTEIN; THE WEINSTEIN    )
COMPANY; ANTHONY ROBBINS; ALAN    )
DERSHOWITZ; HILLARY CLINTON;        )
CENTRAL INTELLIGENCE AGENCY;        )
DONALD TRUMP JR                     )

## AMENDED COMPLAINT

Throughout the past 6 years, the defendants have weaponized everything against the

plaintiff, Pamela Swain as a means of punishment from criminal convict, Harvey Weinstein, who

has used his monetary resources to harass and coerce the defendant into a forced sexual

relationship. After Judge Christopher Ray dismissed the last complaint, the defendant contacted

the plaintiff with assertions to rape the plaintiff who as of August 2020 to September 2020 was a

federal employee.

## UPDATE OF HARASSMENT

Just recently, the plaintiff has traced two separate events of hacking in the last year, April

2020, to CIA internet malfeasance used by Hillary Clinton for the defendant Harvey Weinstein.

The new defendant, Hillary Clinton, is actively helping convicted criminal, Weinstein, in

tracking down the women he has harassed and have accused and slandered to keep those women

unemployable. The plaintiff seeks the court to add Clinton to the defendants and ensure she has

no influence over government resources for personal use AGAINST OTHER AMERICANS TO CONDUCT CRIMINAL HARASSMENT AND STALKING. The plaintiff seeks damages and wishes to add the Central Intelligence Agency.

The plaintiff received notice that South Georgia bank located in Glennville, GA, the plaintiff's home town, on October 22, 2020, was hacked and personal information taken.

FURTHER DEVELOPMENTS

The plaintiff continues to suffer at the hands of the defendant, Tony Robbins. He has shown clear mental failure and an obsessive breakdown over the plaintiff. He has contacted the Georgia Department of Labor to keep them from giving the plaintiff her unemployment money. He continues to hack into the plaintiff's personal emails.

Also, Donald Trump Jr sent text messages demanding the plaintiff let he and his father handle the complaint and give Donald Trump the credit. Donald Trump is the former 45th president of the United States. Both defendants have stated they have personal influence over Judge Christopher Ray. The plaintiff has discovered that the defendant, Tony Robbins and Donald Trump Jr, controls Kiwi Farms and all the communication from hacking, stalking, and national security issues are directly from his influence and direction.

Federal laws broken:

## Interstate Stalking

In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's

immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A).

Georgia law codes in use or violated:

2015 Georgia Code

Title 16 - CRIMES AND OFFENSES

Chapter 11 - OFFENSES AGAINST PUBLIC ORDER AND SAFETY

Article 2 - OFFENSES AGAINST PUBLIC ORDER

§ 16-11-39.1 - Harassing communications.

2010 Georgia Code

TITLE 16 - CRIMES AND OFFENSES

CHAPTER 5 - CRIMES AGAINST THE PERSON

ARTICLE 7 - STALKING

§ 16-5-91 - Aggravated stalking

O.C.G.A. 16-14-9 (2010)

16-14-9. Civil remedies as supplemental and not mutually exclusive

O.C.G.A. 16-6-23 (2010)

16-6-23. Publication of name or identity of female raped or assaulted with intent to commit rape

(a) It shall be unlawful for any news media or any other person to print and publish, broadcast,

televise, or disseminate through any other medium of public dissemination or cause to be printed and published, broadcast, televised, or disseminated in any newspaper, magazine, periodical, or other publication published in this state or through any radio or television broadcast originating in the state the name or identity of any female who may have been raped or upon whom an assault with intent to commit the offense of rape may have been made.

The plaintiff removes Renea Wasson, Cliff Conley, Angela Snyder, Evans County Schools, and Tony Jordan since the plaintiff has secured new employment elsewhere. The plaintiff wishes criminal charges against defendants Tony Robbins and Donald Trump Jr.

The Kiwi farms "thread" still has not been removed and it is unprotected speech. Judge Randall Hall and Judge Christopher Ray and clerks of this court have been suspected as having "logged in" and harassed the plaintiff for the defendants. The plaintiff leaves this for official investigation elsewhere. Death threats have been blatantly posted against the plaintiff since the so-called "ruling". However, this court needs to review its dismissal stance due to blatant malfeasance and corruption. The plaintiff insists on financial restitution.

Pamela Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com

1) CASE NUMBER: _CV 620 - 82_

2) TITLE OF THE CASE: _Pam Swain VS Harvey Weinstein et al_

3) PLEADING BEING SUBMITTED:

_Amended Complaint_

4) YOUR NAME AND ADDRESS: _Pamela Swain_

_1553 Community Rd_

_Glennville GA 30427_

5) PHONE NUMBER: _470 571 5856_

6) DATE: _02/25/2021_

***PLEASE ATTACH THIS FORM TO YOUR PLEADING AND PLACE IT IN THE DROP BOX***